JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch
BENJAMIN J. WEIR (Cal. Bar No. 312418)
Assistant United States Attorney
Riverside Branch Office
     3403 Tenth Street, Suite 200
     Riverside, California 92501
     Telephone:     (951) 276-6228
     Facsimile:     (951) 276-6202
     E-mail:        Benjamin.Weir@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
02/26/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>TERRANCE OWENS ELLIOTT,<br>   aka "Tony Elliott,"<br><br>          Defendant. | No. ED CR 25- 5:25-cr-00045-HDV<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF BENJAMIN J. WEIR<br><br>**(UNDER SEAL)** |

The government hereby applies ex parte for an order that the indictment and any related documents in the above-titled case (except the arrest warrants for the charged defendants) be kept under seal until the government files a "Report Commencing Criminal Action" in this matter.

//
//
//
//

This <u>ex parte</u> application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Benjamin J. Weir.

Dated: February 26, 2025          Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney

SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office

  /s/
BENJAMIN J. WEIR
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF BENJAMIN J. WEIR**

I, Benjamin J. Weir, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of <u>United States v. TERRANCE OWENS ELLIOTT</u>, wherein the indictment was returned by a federal grand jury in the Central District of California on February 26, 2025.

2. The defendant charged in the indictment has not been taken into custody on the charges contained in the indictment and has not been informed that he is being named as defendant in the indictment. The likelihood of apprehending the charged defendant might be jeopardized if the indictment in this case were made publicly available before the defendant is taken into custody on the indictment.

3. Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrant) be sealed and remain so until the defendant is taken into custody on the charges contained in the indictment and the government files a "Report Commencing Criminal Action" in this matter.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge belief and that this declaration is executed at Riverside, California, on February 26, 2025.

/s/
_____
BENJAMIN J. WEIR

1